IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORI FLOOK, | : | No. 4:15-CV-02069 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE TJX COMPANIES, INC, | : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 15th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Partial Summary Judgment, ECF No. 25, is **GRANTED.**

2. Defendant's Motion for Summary Judgment, ECF No. 27, is **GRANTED.**

3. The Clerk of Court is directed to enter judgment in favor of the Defendant and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge